**98–21.   Delli Bovi v. Pacific Indemn. Co.**
Certified State Law Question, No. 4:97CV0094.   On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6).   The court will answer both questions certified by the United States District Court for the Northern District of Ohio, Eastern Division, found at page 2 of the court's Certification Order filed December 30, 1997:

"(1) Is a helicopter a 'motor vehicle' under Ohio Revised Code § 4501.01 for purposes of the mandatory underinsured motorist coverage set forth in Ohio Revised Code § 3937.18?;

"(2) Does the word 'land,' used in the Pacific policy, impermissibly modify the words 'motorized vehicle' so as to eliminate UIM coverage mandated by Ohio Revised Code § 3937.18?"

LUNDBERG STRATTON, J., dissents.

*Sua sponte,* cause consolidated with 98–23, *infra.*

**98–23.   Delli Bovi v. Auto–Owners Mut. Ins. Co.**
Certified State Law Question, No. 4:97CV0147.   On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6).   The court will answer both questions certified by the United States District Court for the Northern District of Ohio, Eastern Division, found at page 2 of the court's Certification Order filed December 30, 1997:

"(1) Is a helicopter a 'motor vehicle' under Ohio Revised Code § 4501.01 for purposes of the mandatory underinsured motorist coverage set forth in Ohio Revised Code § 3937.18?;

"(2) Does the word 'land,' incorporated by reference in the form Auto–Owners policy, impermissibly modify the words 'motorized vehicle' so as to eliminate UIM coverage mandated by Ohio Revised Code § 3937.18?"

LUNDBERG STRATTON, J., dissents.

*Sua sponte,* cause consolidated with 98–21, *supra.*

**96–46.   Campanelli v. AT & T Wireless Serv.**
Stark App. Nos. 1997CA00109 and 1997CA00110.   On motion for stay.   Motion denied.

PFEIFER, J., dissents.

RESNICK, J., not participating.

**98–52.   State v. Eads.**
Cuyahoga App. No. 73524.   On motion for stay.   Motion denied.

**98–53.   State v. Phillips.**
Allen App. No. 1–97–37.   On motion for leave to file delayed appeal.   Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–61.   State v. Issac.**
Ross App. No. 97CA2286.   On motion for leave to file delayed appeal.   Motion denied.

**98–65.   State v. Shilling.**
Franklin App. No. 97APA01–43.   On motion for leave to file delayed appeal.   Motion denied.

**98–84.   Rice v. CertainTeed Corp.**
Certified State Law Question, No. 3:97CV7484.   On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6).   The court will answer the following question certified by the United States District Court for the Northern District of Ohio, Western Division:

"Whether punitive or exemplary damages are available in an employment discrimination action arising under Ohio Rev. Code § 4112.99."

**98–90.   State v. Tensing.**
Hamilton App. No. C–961047.   On motion for leave to file delayed appeal.   Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**98–93.   State v. Garrett.**
Montgomery App. No. 16180.   On motion for leave to file delayed appeal.   Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.